UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 16-56551 |
| DAVOUD SADEGHI-A, | Chapter 7 |
|       Debtor. / | Judge Thomas J. Tucker |
| COMERICA BANK, | |
|       Plaintiff, | |
| v. | Adv. Pro. No. 17-4517 |
| DAVOUD SADEGHI-A, | |
|       Defendant. / | |

**MEMORANDUM SUPPLEMENTING THE COURT'S MARCH 28, 2018 BENCH OPINION REGARDING DEFENDANT'S MOTION TO COMPEL RESPONSES TO SUBPOENAS, AND NON-PARTY THOMAS OLDHAM'S MOTION TO QUASH DEFENDANT'S SUBPOENA**

This adversary proceeding came before the Court for a hearing on March 28, 2018, on two motions: (1) the motion of Defendant, Davoud Sadeghi-A, entitled "Motion to Compel Responses to Subpoenas" (Docket # 38); and (2) the motion of non-party Thomas Oldham entitled "Motion to Quash Defendant's Subpoena to Non-Party Thomas Oldham" (Docket # 45). At the end of the hearing, the Court gave a bench opinion regarding the motions. For the reasons stated during the hearing, the Court has entered an Order regarding the motions (Docket # 76).

This Memorandum supplements the Court's March 28, 2018 bench opinion, by citing the following authorities (two previously-published opinions by the undersigned judge in other cases), as support for the Court's statements during the hearing, that it appears likely that Count

VI of the Plaintiff Comerica Bank's Amended Complaint (Docket # 18) ultimately will be dismissed by the Court, given that the other counts in the Amended Complaint all seek denial of discharge under provisions of 11 U.S.C. § 727(a). *See Comerica Bank v. Bressler* (*In re Bressler*), 321 B.R. 412, 420 n. 23 (Bankr. E.D. Mich. 2005); *Michigan Unemployment Insurance Agency v. Pettibone (In re Pettibone)*, 577 B.R. 689, 690 (Bankr. E.D. Mich. 2017).

**Signed on March 28, 2018**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**