# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE:<br><br>Davoud Sadeghi - A,<br><br>  Debtor. | Chapter 7<br><br>Case No. 16-56551<br><br>Judge Thomas J. Tucker |
| Comerica Bank,<br><br>  Plaintiff,<br><br>v.<br><br>Davoud Sadeghi - A,<br><br>  Defendant. | Adversary Proceeding No. 17-04517-tjt |

## ORDER APPROVING, IN A REDUCED AMOUNT, COMERICA BANK'S STATEMENT OF FEES REGARDING MOTION TO COMPEL RESPONSE TO DISCOVERY REQUESTS

This adversary proceeding is again before the Court on Plaintiff's motion entitled "*Comerica Bank's Motion to Compel Response to Discovery Requests*" (Docket # 90, the "Discovery Motion"). On July 18, 2018, the Court entered the Order entitled "*Order Granting Comerica Bank's Motion to Compel Response to Discovery Requests*" (Docket # 94, the "Discovery Order").

The Court has reviewed the documents filed and served on August 1, 2018, under the title "*Comerica Bank's Statement of Fees Regarding Motion to Compel Response to Discovery Requests*" (Docket # 101, the "Fee Itemization"). Under paragraph 3 of the Discovery Order, Defendant's deadline to file any objection or

response to the Fee Itemization was August 20, 2018, and no objection or response has been filed.

The Court finds that with the exception described below, all of the fees itemized in the Fee Itemization are reasonable attorneys' fees and costs incurred in bringing and prosecuting the Discovery Motion within the meaning of paragraph 3 of the Discovery Order.

The exception to this is the following. The Court finds that it was not reasonably necessary for three lawyers to have worked on this particular Discovery Motion (two senior attorneys, each at an hourly rate of $430.00, and an associate attorney, at an hourly rate of $270.00). The work on this Discovery Motion was relatively simple and straightforward, and reasonably could have been done by, at most, one senior attorney and one associate attorney (plus the paralegal). So the Court will reduce the fees that it approves by the $559.00 in fees incurred by one of the senior attorneys. The Court finds the resulting reduced amount of fees, $3355.50, to be reasonable.

Accordingly,

IT IS ORDERED that:

1.     Under the Discovery Order, Defendant Davoud Sadeghi is liable to pay and must pay Plaintiff Comerica Bank reasonable attorney fees in the amount of $3355.50, on or before 14 days after the entry of this Order.

2.       The entry of this Order is deemed to be the entry of a judgment.  As such, Comerica may collect this judgment as a party may collect any money judgment entered in this Court, if and to the extent the full amount of $3355.50 is not paid on or before 14 days after the entry of this Order.

3.       Plaintiff's counsel must immediately serve a copy of this Order on the Defendant, and file proof of such service.

**Signed on August 22, 2018**

/s/ Thomas J. Tucker
_____
**Thomas J. Tucker**
**United States Bankruptcy Judge**